# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 4:20-CR-00081-RSB-CLR |
| | ) | |
| **JAMES CLAYTON PEDRICK** | ) | |
| _____ | ) | |

## ORDER GRANTING MOTION FOR LEAVE OF ABSENCE

Whereas Seth D. Kirschenbaum, counsel for James Clayton Pedrick in the above-styled case, filed his Motion for Leave of Absence herein in which he properly requested leave of absence from this Court for the period of time covering May 13 through June 1, 2021. It is hereby ORDERED AND ADJUDGED that said Motion for Leave of Absence is GRANTED regarding the foregoing dates.

SO ORDERED, this  19th  day of   February  , 2021.

*Christopher L. Ray*
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia

Order prepared by:
Seth D. Kirschenbaum
Ga. Bar No.: 424025
Attorney for James Clayton Pedrick
Davis Zipperman Kirschenbaum & Lotito, LLP
918 Ponce de Leon Avenue NE
Atlanta, GA 30306
(404) 688-2000      (404) 872-1622 Fax
seth@dzkl.com