# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 4:20-CR-00081-RSB-CLR |
| | ) | |
| **JAMES CLAYTON PEDRICK** | ) | |
| _____ | ) | |

## ORDER GRANTING MOTION FOR LEAVE OF ABSENCE

Whereas Nicholas A. Lotito, counsel for James Clayton Pedrick in the above-styled case, filed his Motion for Leave of Absence herein in which he properly requested leave of absence from this Court for the period of time covering June 1 - 8, 2021. It is hereby ORDERED AND ADJUDGED that said Motion for Leave of Absence is GRANTED regarding the foregoing dates.

SO ORDERED, this  19th  day of  February , 2021.

*Christopher L. Ray*
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia

Order prepared by:
Nicholas A. Lotito
Ga. Bar No.: 458150
Attorney for James Clayton Pedrick
Davis Zipperman Kirschenbaum & Lotito, LLP
918 Ponce de Leon Avenue NE
Atlanta, GA 30306
(404) 688-2000     (404) 872-1622 Fax
nick@dzkl.com